# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00531-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendants | |

I ORDER that defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation have until **noon on April 4, 2022** to file any response to the emergency motion for temporary restraining order.

I FURTHER ORDER that I will conduct a video hearing on the motion for a temporary restraining order (ECF No. 5) on **Tuesday, April 5, 2022, at 10:00 a.m**. My courtroom administrator will provide the parties' counsel with the link to attend the video conference. Counsel is instructed not to forward the link to others. If parties or additional participants need to appear, counsel is directed to contact my courtroom administrator (Melissa Johansen) at Melissa_Johansen@nvd.uscourts.gov for permission. Members of the public seeking to have access to this hearing must contact my courtroom administrator by email before the day of the hearing. Persons granted remote access to proceedings are reminded of the prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other

sanctions deemed necessary. This is a formal court proceeding and proper courtroom attire is required.

      I FURTHER ORDER the plaintiff's counsel to immediately deliver (by email or hand-delivery) this order and all papers filed in this case to the lawyers they believe represent the defendants (based upon their prior communications).

      DATED this 30th day of March, 2022.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE