

1  Karen L. Hanks, Esq.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   Chantel M. Schimming, Esq.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  Hanks Law Group
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00531-ABG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE AND VACATE HEARING** |
| vs. | |
| NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

      Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend briefing deadlines on SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 5, 6] and to vacate the hearing on said Motion currently set for Tuesday April 5, 2022, at 10:00 a.m., so as to allow the parties to brief SFR's Motion in the normal course. The Parties further stipulate and agree that the foreclosure sale on the subject property be postponed until this Court rules on SFR's Motion. In support of the stipulation, the Parties state as follows:

      1.      On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

- 1 -



1    2. On March 29, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 5, 6].

3. On March 30, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 12:00 p.m. and further ordering a hearing on the Motion for Tuesday, April 5, 2022, at 10:00 a.m. [ECF No. 7]. Defendants were served with the Order and all other documents related to the matter on the same day.

4. Currently, Defendant's Response to SFR's Motion is due on April 4, 2022, at 12:00 p.m.

5. The Parties agree Defendant's shall have until April 13, 2022, to file a response to the Motion, allowing counsel adequate time to evaluate the case and respond to the Motion and to further allow the Motion to be briefed in the normal course pursuant to LR 7-2.

6. Pursuant to LR 7-2, SFR shall have seven days after service of Defendant's Response to file a reply in support of its Motion.

7. The Parties request that the hearing on the Motion currently scheduled for April 5, 2022, at 10:00 a.m., be vacated.

8. Defendants agree to refrain from setting the foreclosure sale of the real property located at **337 Brilliant Summit Circle, Henderson, NV 89052, Parcel No. 178-19-811-093** until such time as this Court rules on the Motion.

…

…

…

…

9. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this ___ day of April, 2022. | DATED this ___ day of April, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* | */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

ORDER

The hearing on the plaintiff's motion for temporary restraining order ECF No. [5] currently scheduled for April 5, 2022, is vacated, and continued to April 28, 2022, at 10:30 a.m. by videoconference.

The courtroom administrator will provide counsel with the link to attend the video conference. Members of the public seeking access to this hearing must contact the courtroom administrator Melissa Johansen by email at Melissa_Johansen@nvd.uscourts.gov before the day of the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the Court.

Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

IT IS SO ORDERED:

Dated: April 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE