BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendant Nationstar Mortgage LLC, dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00531-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE AND VACATE HEARING**<br><br>**(SECOND REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend briefing deadlines on SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 5, 6] and to vacate the hearing on said Motion currently set for April 28, 2022, at 10:30 a.m.. The Parties further stipulate and agree that the foreclosure sale on the subject property be postponed until this Court rules on SFR's Motion. The parties finally agree to extend the date for Nationstar to file a response to SFR's Complaint. In

- 1 -

125486427

support of the stipulation, the Parties state as follows:

1. On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

2. On March 29, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 5, 6].

3. On March 30, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 12:00 p.m. and further ordering a hearing on the Motion for Tuesday, April 5, 2022, at 10:00 a.m. [ECF No. 7]. Defendants were served with the Order and all other documents related to the matter on the same day.

4. On April 4, 2022, this Court entered an order extending the deadline for Nationstar to respond to the motion for preliminary injunction to April 13, 2022, setting the deadline for SFR to file a reply in support of its motion for seven days later, and setting the hearing on the motion for preliminary injunction on April 28, 2022 at 10:30 AM. {ECF No. 11]

5. In late March 2022 one of the attorneys for Troutman Pepper representing Nationstar, Aaron Lancaster, left the firm leaving the remaining counsel unable to adequately cover all Nationstar cases assigned to Mr. Lancaster including this matter. On April 11, 2022, attorney Vanessa Turley was hired to represent Nationstar in this and several other matters in Nevada. Ms. Turley needs time to train in her new position, to research this case and SFR's claims, and to respond to the motion for preliminary injunction and the Complaint.

6. The Parties agree Defendants shall have until May 4, 2022, to file a response to the Motion for Preliminary injunction, allowing counsel adequate time to evaluate the case and respond to the Motion and to further allow the Motion to be briefed in the normal course pursuant to LR 7-2.

7. Pursuant to LR 7-2, SFR shall have seven days after service of Defendant's

- 2 -

125486427

Response to file a reply in support of its Motion.

8. The Parties request that the hearing on the Motion currently scheduled for April 28, 2022, at 10:30 a.m., be vacated.

9. Defendants agree to refrain from setting the foreclosure sale of the real property located at **337 Brilliant Summit Circle, Henderson, NV 89052, Parcel No. 178-19-811-093** until such time as this Court rules on the Motion.

10. Finally, the parties agree that Nationstar shall have until May 4, 2022, to file a response to SFR's Complaint.

11. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 13 day of April, 2022. | DATED this 13 day of April, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* | */s/ Chantel M. Schimming* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED:

Dated: April 19, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

- 3 -

125486427