VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 (Nevada Office)
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)
Attorneys for Defendant Nationstar Mortgage LLC, dba
Mr. Cooper

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.  2:22-cv-00531-ABG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** <br><br> **(FOURTH REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend briefing deadlines on SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 5, 6]. The Parties further stipulate and agree that the foreclosure sale on the subject property be postponed until this Court rules on SFR's Motion. The parties finally agree to extend the date for Nationstar and Freddie Mac to file a response to SFR's Complaint.

1

In support of the stipulation, the Parties state as follows:

1.      On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

2.      On March 29, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 5, 6].

3.      On March 30, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 12:00 p.m. and further ordering a hearing on the Motion for Tuesday, April 5, 2022, at 10:00 a.m. [ECF No. 7]. Defendants were served with the Order and all other documents related to the matter on the same day.

4.      On April 4, 2022, this Court entered an order extending the deadline for Nationstar to respond to the motion for preliminary injunction to April 13, 2022, setting the deadline for SFR to file a reply in support of its motion for seven days later, and setting the hearing on the motion for preliminary injunction on April 28, 2022 at 10:30 AM. [ECF No. 11].

5.      In late March 2022 one of the attorneys for Troutman Pepper representing Nationstar and Freddie Mac, Aaron Lancaster, left the firm leaving the remaining counsel unable to adequately cover all Nationstar cases assigned to Mr. Lancaster including this matter. On April 11, 2022, attorney Vanessa Turley was hired to represent Nationstar in this and several other matters in Nevada. As such, Troutman Pepper needs more time to reassign this file and have time to prepare necessary pleadings.

6.      On April 29th, 2022, the Parties agreed and stipulated that Defendants would have until May 4, 2022, to file a response to the Motion for Preliminary Injunction, allowing counsel adequate time to evaluate the case and respond to the Motion and to further allow the Motion to be briefed in the normal course pursuant to LR 7-2. [ECF No. 13].

7.      On May 25, 2022, the Parties, again, agreed and stipulated the Defendants would have until June 1, 2022, to file a response to the Motion for Preliminary Injunction,

allowing counsel adequate time to evaluate the case and respond to the Motion and to further allow the Motion to be briefed in the normal cause pursuant to LR7-2.

8. However, Defendants will need more time to file a response to the Motion and, thus, the Parties have agreed that Defendants shall have until June 24, 2022, to file a response to the Motion for Preliminary Injunction and file a response to Plaintiff's Complaint.

9. Pursuant to LR 7-2, SFR shall have seven days after service of Defendant's Response to file a reply in support of its Motion.

10. At the present time, the hearing originally set for April 28, 2022, at 10:30 a.m., has been vacated and has yet to be reset.

11. Defendants agree to refrain from setting the foreclosure sale of the real property located at 337 Brilliant Summit Circle, Henderson, NV 89052, Parcel No. 178-19-811-093 until such time as this Court rules on the Motion.

12. Finally, the parties agree that Nationstar shall have until June 24, 2022, to file a response to SFR's Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE (FOURTH REQUEST)

1         13.    Both parties represent this stipulation is not made with any intent to delay or

2    prejudice either party.

3

4    DATED this 3rd day of June, 2022.      DATED this 3rd day of June, 2022.

5    **Troutman Pepper Hamilton Sanders LLP**    **Hanks Law Group**

6    */s/ Vanessa M. Turley*          */s/ Chantel M. Schimming (w/consent)*
     Vanessa M. Turley, Esq.           Chantel M. Schimming, Esq.

7    Nevada Bar No. 14635             Nevada Bar No. 8886
     8985 S. Eastern Avenue, Suite 200     7625 Dean Martin Drive, Suite 110

8    Las Vegas, NV 89123              Las Vegas, NV 89139
     *Counsel for Nationstar Mortgage, LLC*    *Counsel for SFR Investments Pool 1, LLC*
     *dba Mr. Cooper and Federal Home Loan*

9    *Mortgage Corporation*

10

11   IT IS SO ORDERED

12

13   _____
     U.S. DISTRICT COURT JUDGE

14   DATED: June 6, 2022

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE (FOURTH REQUEST)