KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00531-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO DEFENDANTS' MOTION TO DISMISS DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for SFR to file its Response to Defendants' Motion to Dismiss ("Motion") [ECF No. 20] Currently, SFR's Response is due on July 8, 2022.

The Parties agree SFR shall have until July 19, 2022, to file a response to the Motion.

…

…

- 1 -

Pursuant to LR 7-2, SFR shall have seven days after service of Defendant's Response to file a reply in support of its Motion.

The parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 7th day of July, 2022. | DATED this 7th day of July, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Vanessa M. Turley*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* | */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED

Dated: July 8, 2022

_____
U.S. DISTRICT COURT JUDGE