VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 (Nevada Office)
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)
*Attorneys for Defendant Nationstar Mortgage LLC, dba Mr. Cooper and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00531-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar and Freddie Mac to file a Reply in Support of their Motion to Dismiss [ECF No. 20]. The parties further stipulate and agree that the foreclosure sale on the subject property be postponed until this Court rules on SFR's Motion. The parties finally stipulate and agree that the foreclosure sale on the subject property be postponed until this Court

rules on SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 5, 6].

In support of the stipulation, the Parties state as follows:

1. On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

2. On March 29, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 5, 6].

3. On March 30, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 12:00 p.m. and further ordering a hearing on the Motion for Tuesday, April 5, 2022, at 10:00 a.m. [ECF No. 7]. Defendants were served with the Order and all other documents related to the matter on the same day.

4. On April 4, 2022, this Court entered an order extending the deadline for Nationstar to respond to the motion for preliminary injunction to April 13, 2022, setting the deadline for SFR to file a reply in support of its motion for seven days later, and setting the hearing on the motion for preliminary injunction on April 28, 2022 at 10:30 AM. [ECF No. 11].

5. On April 29th, 2022, the Parties agreed and stipulated that Defendants would have until May 4, 2022, to file a response to the Motion for Preliminary Injunction. The Order further allowed the Motion to be briefed in the normal course pursuant to LR 7-2. [ECF No. 13].

6. On May 25, 2022, the Parties, again, agreed and stipulated the Defendants would have until June 1, 2022, to file a response to the Motion for Preliminary Injunction, allowing counsel adequate time to evaluate the case and respond to the Motion and

to further allow the Motion to be briefed in the normal cause pursuant to LR7-2. [ECF No. 17].

7. On June 6, 2022, the Parties agreed and stipulated that Defendants would have until June 24, 2022, to file a response to the Motion for Preliminary Injunction and a responsive pleading to the Complaint. Pursuant to LR 7-2, SFR would have seven days after service of Defendants' Response to the Motion for Preliminary Injunction to file a reply in support of its Motion. [ECF No. 19].

8. Defendants filed their Opposition to the Motion for Preliminary Injunction and Motion to Dismiss on June 24, 2022. [ECF No.'s 20, 21].

9. SFR filed its reply in support of the Motion for Preliminary Injunction on June 30, 2022 [ECF No. 22].

10. SFR filed its Response to Defendants' Motion to Dismiss on July 19, 2022. [ECF No. 26].

11. On July 27, 2022, the Court entered an Order granting the parties' Stipulation and Order to Extend Response Deadline where Defendants' Reply was due on July 29, 2022. [ECF No. 28].

12. At the present time, the hearing originally set for April 28, 2022, at 10:30 a.m., has been vacated and has yet to be reset.

13. Finally, the parties agree that Defendants shall have until August 2, 2022, to file a Reply to their Motion to Dismiss.

///
///
///
///
///

14. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED this 29th day of July, 2022.

**Troutman Pepper Hamilton Sanders LLP**

*/s/ Vanessa M. Turley*
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation*

DATED this 29th day of July, 2022.

**Hanks Law Group**

*/s/        Chantel Schimming*
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Counsel for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: August 1, 2022