# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1 LLC, | Case No.: 2:22-cv-00531-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendants | |

The proposed joint pretrial order is overdue. ECF No. 36. The parties shall file a proposed joint pretrial order by July 28, 2023. The failure to do so may result in sanctions, including dismissal of claims or defenses, without further notice.

DATED this 5th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE