Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00531-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and Natonstar Mortgage, LLC d/b/a Mr. Cooper and Federal Home Loan Mortgage Corporation, by and through their counsel, Troutman Pepper Hamilton Sanders LLP, hereby stipulate and agree that any and all

…

…

…

…

- 1 -

claims by and between the parties are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

| DATED this 13th day of July, 2023. | DATED this 13th day of July, 2023. |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **HANKS LAW GROUP** |
| */s/ Brody R. Wight* <br> BRODY R. WIGHT, ESQ. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV  89123 (NV Office) <br> 600 Peachtree Street, NE #3000 <br> Atlanta, GA  30308 (Corporate Office) <br> *Attorneys for Nationstar Mortgage LLC, dba Mr. Cooper* | */s/ Chantel M. Schimming* <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: July 14, 2023

- 2 -